# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAS aka LOFOFORA EVA CONTRERAZ,<br><br>Plaintiff,<br><br>v.<br><br>D. IBARRA, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:11-cv-01523-LJO-GBC (PC)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CORRECT PLAINTIFF'S NAME IN COURT FILE AND ON CM/ECF TO: "MICHAEL CONTRERAS" aka LOFOFORA EVA CONTRERAZ<br><br>Docs. 1, 12 |

On September 9, 2011, Plaintiff Michael Contreras ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging defendants initiated a conspiracy to falsely charge Plaintiff with attacking another inmate with a weapon. *See* Compl. at 5, Doc. 1.[1] On Plaintiff's complaint, he listed his name as "Lofofora Eva Contreraz" with CDC number C-45857. *Id.* at 1. On October 17, 2011, Plaintiff filed a motion to proceed in forma pauperis and attached his trust account statement, listing his incarcerated name, Michael Contreras. Doc. 12.

On September 22, 2011, Plaintiff also filed *Lofofora Eva Contreraz v. Jared Sharon, Jewish Chaplain at SATF - Corcoran State Prison*, 1:11-cv-01607-LJO-GBC (E.D. Cal.) (alleging denial of Kosher meals because Plaintiff cannot convert to Judaism while in prison and Plaintiff cannot be Jewish and transsexual). *See* Compl. at 5, 8, Doc. 1. In that case, Plaintiff also lists CDC number C-45857. *Id.* at 1. On September 30, 2011, Plaintiff filed a motion to proceed in forma pauperis and attached his trust account statement, listing his incarcerated name, Michael Contreras. Doc. 4.

A review of Plaintiff's filing history demonstrates that on July 25, 2011, Plaintiff filed a

---

[1] Although Plaintiff requests the Court to refer to him with female pronouns, the Court notes that in another pending case, Plaintiff refers to himself using male pronouns. *See Quetzal Contreraz v. D. Adams*, 1:04-cv-06039-LJO-GSA (E.D. Cal.) (case pending for claims that Plaintiff is required to shave his facial hair, violating his First Amendment right to practice the Native American Olin Pyramid Religion).

prior case in this district, also listing his name as "Lofofora Eva Contreraz" with CDC number C-45857. *See Lofofora Eva Contreraz v. Director of CDCR*, 1:11-cv-01222-LJO-GSA (Plaintiff alleges gender dysphoria, gender identity disorder, and that Plaintiff is undergoing female hormone therapy and anti-androgen therapy related to transsexual diagnosis). In that prior case, the Court notes that the United States Postal Service has returned documents mailed by the Court in that case as undeliverable. *See id.*

Further review of Plaintiff's filing history demonstrates that he has used at least twelve (12) different aliases to file lawsuits, i.e., "Michael Contreras" aka Al-Mu'min Jihad-Contreras aka Al-Mu'min Jihad Contreras aka Eva Lofofora Contreras aka Jihad Contreras aka Lofofora Contreras aka Lofofora Eva Contreraz aka Lofofora Eva Contreras aka Lopofora Contreras aka Michael Hernandez Contreras aka Michael Contreraz aka Quetzal Contreras.[2]

---

[2] A review of Plaintiff's filing history using CDC number C-45857 reveals that Plaintiff has filed numerous cases under numerous aliases. *See, e.g., Lofofora Contreras v. Sherman Block, Sheriff of Los Angeles County*, 2:91-cv-03044-JMI-CT (C.D. Cal.) (case terminated June 4, 1992); *Lofofora Eva Contreras v. Health and Human Services, Secretary*, 3:92-cv-03901-JPV, 1992 U.S. Dist. LEXIS 19138, at *2-*3 (N.D. Cal. Dec. 9, 1992) (The Court found that 28 U.S.C. § 1915(d) authorizes federal courts to dismiss a claim filed in forma pauperis sua sponte upon determining that the claim is premised on a meritless legal theory. The Court dismissed Plaintiff's claim for court approval of a paralegal course by mail to count as a rehabilitation program to qualify for social security benefits pursuant to 42 U.S.C. § 402. A federal district court is not the proper court to grant or deny program approval pursuant to § 402. Plaintiff must first seek relief in the state court under 42 U.S.C. § 405(g), and 20 C.F.R. 404.900-982 before the case can be brought in federal court); *Eva Lofofora Contreras v. James Gomez, Director Dept. of Corrections*, 3:93-cv-01976-EFL, 1994 WL 478793 (N.D. Cal. Aug. 29, 1994) (dismissed for failure to state a claim and affirmed on appeal) ("The district court provided Contreras two opportunities to amend his complaint . . . but Contreras failed to cure the defects of his complaint. Accordingly, the district court did not abuse its discretion by dismissing this action without additional leave to amend." *Contreras v. Gomez*, 54 F.3d 785 (9th Cir. 1995)); *Lopofora Contreras v. U.S. Department of Interior*, 2:93-cv-00949-JGD-CT (C.D. Cal.) (granting defendant's motion to dismiss on October 7, 1994) (district court found appeal not taken in good faith) (dismissed on appeal for failure to prosecute, No. 94-56601, 9th Cir. Mar. 7, 1995); *Al-Mu'Min Jihad-Contreras v. James Gomez*, 2:94-cv-00089-WBS-JFM (E.D. Cal.) (Rule 41 voluntary dismissal following report and recommendations to dismiss action with prejudice); *Michael Contreras v. Richard NMI Dixon*, 2:94-cv-03757-KN-JG (C.D. Cal.) (denying motion to proceed in forma pauperis and dismissing case on June 23, 1994); *Jihad Contreras v. Virgil Townsend, Superintendent, Bureau of Indian Affairs*, 3:94-cv-00732-R-POR (S.D. Cal.) (Indian Tribal rights case) (dismissed for failure to prosecute); *Al-Mu'min Jihad Contreras v. S. Vonbiela*, 3:94-cv-01840-DLJ (N.D. Cal. Nov. 8, 1994) (denying motion to proceed in forma pauperis for Plaintiff's allegations of labeling his mail as "legal mail" and dismissing case for failure to state a claim) (in forma pauperis denied on appeal, No. 94-17219, 9th Cir. Feb. 28, 1995) (*see Contreras v. Ibarra*, No. 1:11-cv-01523-LJO-GBC; *see also Contreras v. Sharon*, 1:11-cv-01607-LJO-GBC (E.D. Cal.) (dismissal order from case No. 3:94-cv-01840-DLJ attached to F&R to revoke IFP; *Quetzal Contreraz v. D. Adams*, 1:04-cv-06039-LJO-GSA (E.D. Cal.) (case pending for claims that Plaintiff is required to shave his facial hair, violating his First Amendment right to practice the Native American Olin Pyramid Religion); *Michael Contreraz aka Lofofora Eva Contreraz v. Stockbridge*, 1:06-cv-01817-LJO-SKO (E.D. Cal.) (case pending for excessive force); *Lofofora Eva Contreraz aka Mike Contreraz aka Michael Hernandez Contreras v. Ken Salazar, Secretary, U.S. Department of Interior*, 3:11-cv-00265-GPC-PCL (S.D. Cal.) (case pending and Court noted that Plaintiff has filed cases under several names, *See* Order Granting In Forma Pauperis at 1 n.1, Doc. 8.).

1  Therefore, the Court cannot have any communication with Plaintiff in this case under his
2  alias, and the Court shall direct the case changed to his incarcerated name and his alias.
3  Accordingly, the Clerk of the Court is directed to correct Plaintiff's name in the Court file
4  and on CM/ECF to: "Michael Contreras" aka Lofofora Eva Contreraz.
5  IT IS SO ORDERED.

6
7  Dated:   November 19, 2012                                   UNITED STATES MAGISTRATE JUDGE