# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAS aka LOFOFORA EVA CONTRERAZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>D. IBARRA, et al.,<br><br>　　　Defendants.<br>_____/ | CASE NO: 1:11-cv-01523-LJO-GBC (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>Docs. 19, 20 |

On September 9, 2011, Plaintiff Michael Contreras ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On October 20, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis. Doc. 13. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2012, this Court issued an Order Adopting the Magistrate Judge's Findings and Recommendations, revoking Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and requiring Plaintiff to pay the filing fee within fifteen days. Docs. 19, 20. Plaintiff did not file any objections or pay the filing fee within fifteen days.

//
//
//
//

1   Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice,
2 and the Clerk of the Court is directed to close the case.

6 IT IS SO ORDERED.

7 **Dated:**   **December 28, 2012**          **/s/  Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE