# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAS,<br><br>              Plaintiff,<br><br>      vs.<br><br>D. IBARRA, et al.,<br><br>              Defendants. | 1:11cv01523 LJO DLB PC<br><br>ORDER DENYING MOTION FOR<br>RETURN OF FEES PAID<br><br>(Document 27) |

     Michael Contreras ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed on December 28, 2012, based on Plaintiff's failure to obey the Court's order to pay the filing fees for this action.  On April 19, 2013, Plaintiff filed a motion for the Court to reimburse Plaintiff for the partial filing fee paid in this case.

     The filing fee is collected by the Court as payment for filing the case.  This action was filed on September 9, 2011, and the subsequent dismissal of the action does not change the fact that the case was filed.  Therefore, Plaintiff is not entitled to reimbursement of any payment of the filing fee paid in this case.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reimbursement of filing fees is DENIED.

IT IS SO ORDERED.

   Dated:   **April 30, 2013**          _____    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE